| | |
|---|---|
| **COURTROOM MINUTES:** | Clerk, U.S. District Court |
| **The Honorable Nancy K. Johnson  Presiding** | **Southern District of Texas** |
| Deputy Clerk: Shannon Butler | Filed 08/28/12 |
| Interpreter Present? ☑ Yes ☐ No    ERO: K. Lindsay | |
| USPT/USPO_____ | ① OPEN: 2:25pm   ADJOURN: 3:09pm |
| ☐ OTHER DISTRICT   ☐ DIVISION   THEIR CASE# | ②        3:17pm              3:34pm |

**PROCEEDING HELD:**
☐ Initial Appearance        ☐ Counsel Determination Hearing       ☐ Status Hearing
☐ Bond Hearing              ☐ Identity                             ☐ Hearing Continued on_____
☑ Detention Hearing         ☐ Preliminary Hearing                  ☐ Other_____

CASE NUMBER   ☐ CR _____   ☑ MJ   4:12mj761 _____

DEFT:                                           AUSA:   Jessie Rodriguez/Nancy Herrera

| Defendants | Counsel |
|---|---|
| Ida Pham #1 | Corey Gomel |
| Hung Nguyen #2 | Larry Eastepp |
| Troung Lam #3 | James Alston |
| Minh Quang Pham #4 | Tom Berg |

☐ Date of arrest_____    ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on:   ☐ Indictment ☐ Information ☐ Complaint
/ 1-4                                              /  Violation of  ☐ Supervised Release ☐ Probation
☑ Defendant ☐ Material Witness appeared   ☑ with  ☐ without counsel
☐ Defendant requests appointed counsel.         ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender      ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.    ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant_____bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Surety signatures required as to Defendant(s)_____.
☐ Defendant(s)_____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☐ Order of Temporary Detention Pending Hearing  entered as to Defendant(s)_____
☑ Order of Detention Pending Trial entered as to Defendant(s) 1,2,3 _____.
☐ Bond revoked  #4 → ICE   ☐ Bond reinstated    ☐ Bond Continued
☑ Defendant 1,2,3 #4→ICE _____ remanded to custody  ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District
Defendant  3,2 _____ Waiver of ☑ Preliminary ☐ Identity ☑ Detention Hrg ☐ Detention Hrg this District  #3; #2,3;
☑ Court finds: ☑ Probable Cause ☐ Identity  1,2

☐ Defendant(s) ___ is/are scheduled on  at:  for:
   ☐ Arraignment        ☐ Counsel Determination Hearing        ☐ Identity Hearing
   ☐ Detention Hearing  ☐ Preliminary Hearing                  ☐ Final Revocation Hearing
   ☐ Bond  Hearing

The court did not find PROBABLE CAUSE for Deft.#4. He is released to ICE.